# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Rogelio Sanchez Carranza DEFENDANT(S). | CASE NUMBER LA 10 MJ 2919-2 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __12/10/10__, _____, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable OSWALD PARADA, in Courtroom 3.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __12/7/10__

_____
U.S. District Judge/Magistrate Judge